UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keith Mustin,            Case No. 3:21-cv-321

    Plaintiff,

v.            ORDER

Warden Lyneal Wainwright, *et al.*,

    Defendants.

On August 25, 2025, I entered an order setting a telephone case management conference on October 16, 2025, at 1:00 p.m. (Doc. No. 44). Only counsel for Defendants Melody Bianchi, Matthew Guiller, Ryan James, and Katrina Rostorfer appeared for the conference. Counsel for those Defendants confirmed that she had not received any communications from *pro se* Plaintiff Keith Mustin, despite attempts to reach him. (*See also* Doc. No. 46) (describing defense counsel's efforts to contact Mustin and his lack of response). Further, Mustin's last communication with this Court was on March 31, 2025, when he filed a notice of change of address. (Doc. No. 39).

It is well established that courts have the inherent authority "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Mustin's failure to communicate with defense counsel or this Court prevents this litigation from moving toward a resolution. Therefore, I hereby order that Plaintiff Keith Mustin

shall file notice of his intent to proceed with this case on or before November 14, 2025. If he fails to do so, this case will be dismissed for want of prosecution.

So Ordered.

s/ Jeffrey J. Helmick<br>United States District Judge

2